**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02619-CMA-MJW

CALEB McCOLLISTER,

    Plaintiff,

v.

UNITED RESOURCE SYSTEMS, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties Stipulation for Dismissal With Prejudice (Doc. # 9).  The Court having considered the Stipulation for Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own respective attorney fees and court costs.

DATED: February __04__, 2011

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge